McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00750-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA; CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Meron Jappy Hailu and Shi Zhong Chen, by and through their respective counsel of record, as follows:

1. The pending action against only the real property located at 6920 Kilconnell Drive, Elk Grove, California, Sacramento County, APN: 116-1410-006-0000, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. When the Verified Complaint for Forfeiture *In Rem* was filed on April 3, 2018, the United States believed that Xia Chen was still on title to the property located at 6920 Kilconnell Drive, Elk Grove, California ("Kilconnell property"). In late June of 2018, the United States learned that

1
Stipulation and Order for Dismissal

Meron Jappy Hailu purchased the Kilconnell property from Xia Chen on or about March 23, 2018.

3. Shi Zhong Chen mistakenly filed a Verified Claim Contesting Civil Forfeiture to the Kilconnell property on June 4, 2018. (ECF No. 11)

4. The parties are to bear their own costs and attorney fees.

5. There was probable cause for the posting of the defendant Kilconnell property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 7/19/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/20/18

/s/ Steven Benjamin
STEVEN BENJAMIN

Attorney for Meron Jappy Hailu

Dated: 7/26/18

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Shi Zhong Chen

(Signatures authorized by email)

IT IS SO ORDERED.

Based on the allegations set forth in the Verified Complaint for Forfeiture *in Rem* filed April 3, 2018 (ECF No. 1), and this Stipulation for Dismissal with Prejudice, the court enters this Certificate of Reasonable Cause under 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 6920 Kilconnell Drive, Elk Grove, California, Sacramento County, APN: 116-1410-006-0000, and for the commencement and prosecution of this forfeiture action. The court also DISMISSES with prejudice the pending action against only the real property located at 6920 Kilconnell Drive, Elk Grove, California, Sacramento County, APN: 116-1410-006-0000, under Federal Rule of Civil Procedure 41(a)(2).

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE