PATRICIA H. LYON (State Bar No. 126761)
MARY ELLMANN TANG (State Bar No. 154340)
FRENCH LYON TANG
A Professional Corporation
1990 N. California Blvd., Suite 300
Walnut Creek, CA  94596
Telephone:  415-597-7800

Attorneys for Claimants
HANNAH PRASAD, ANNABELLE PRASAD, and ELIZABETH PRASAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN:  116-1410-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9297 FIFE RANCH WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN:  127-0990-028--0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9717 SUTTON POINTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN:  132-1110-062-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 9913 JASPER COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN:  122-0690-082-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and,<br><br>REAL PROPERTY LOCATED AT 4305 SAN MARINO COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN:  119-1980-056-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Case No. 2:18-CV-00750-KJM-CKD<br><br>**STIPULATION OF WITHDRAWAL OF CLAIM AND ANSWER AS TO HANNAH PRASAD, ANNABELLE PRASAD, and ELIZABETH PRASAD** |

| | |
|---|---|
| REAL PROPERTY LOCATED AT 8771 DILLARD ROD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 126-0390-002-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | ) ) ) ) ) ) ) ) |
| REAL PROPERTY LOCATED AT 4871 WATSEKA WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1790-028-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimants HANNAH PRASAD, ANNABELLE PRASAD, and ELIZABETH PRASAD (collectively, "Claimants") as follows:

1. That Claimants asserted a lienholder interest in defendant property located at 9913 Jasper Court in Elk Grove, California ("Defendant Jasper Court"). The loan has since been satisfied and the Claimants no longer have an interest in Defendant Jasper Court. Accordingly, Claimants hereby withdraw their claims filed in this Action with respect to the real property located at 9913 Jasper Court, Elk Grove, California, Sacramento County, APN: 122-0690-082-0000 (the "Property"); and

2. To the extent required under F.R.C.P. 41(a), the United States agrees to dismiss with prejudice the Claimants in this Action pursuant to F.R.C.P. 41(a). The Defendant Jasper Court is the *in rem* defendant.

3. That each party hereto is to bear his, her and its own costs.

4. That Claimants be removed from the Service List for this matter.

///

///

///

5. That there was probable cause for the posting of the Defendant Jasper Court, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: July 27, 2018 /s/ Patricia H. Lyon

    PATRICIA H. LYON (State Bar No. 126761)
    FRENCH LYON TANG, Attorneys for Claimants
    HANNAH PRASAD, ANNABELLE PRASAD, and
    ELIZABETH PRASAD

    (Authorized by email)

    McGREGOR W. SCOTT
    United States Attorney

    By: /s/ Kevin C. Khasigian
        KEVIN C. KHASIGIAN
        Assistant U.S. Attorney

ORDER

Pursuant to F.R.C.P. 41(a), the above stipulation is approved and Claimants HANNAH PRASAD, ANNABELLE PRASAD, and ELIZABETH PRASAD are deemed dismissed from the Action and their claims are deemed withdrawn.

IT IS SO ORDERED.

DATED: August 19, 2019.

                                    UNITED STATES DISTRICT JUDGE