| | |
|---|---|
| 1 | Thomas P. Mazzucco - 139758<br>　TMazzucco@mpbf.com |
| 2 | Patrick J. Wingfield - 265140<br>　PWingfield@mpbf.com |
| 3 | MURPHY, PEARSON, BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor |
| 4 | San Francisco, CA  94108-5530<br>Telephone:　(415) 788-1900 |
| 5 | Facsimile:　(415) 393-8087 |
| 6 | Attorneys for Claimant<br>NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-006-0000,<br><br>REAL PROPERTY LOCATED AT 9297 FIFE RANCH WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 127-0990-028-0000,<br><br>REAL PROPERTY LOCATED AT 9717 SUTTON POINTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1110-062-0000,<br><br>REAL PROPERTY LOCATED AT 9913 JASPER COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 122-0690-082-0000,<br><br>REAL PROPERTY LOCATED AT 4305 SAN MARINO COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-1980-056-0000,<br><br>REAL PROPERTY LOCATED AT 8771 DILLARD ROAD, WILTON, CALIFORNIA, | **Case No.**: 2:18-cv-00750-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***<br><br>**Action Filed**: April 3, 2018<br>**Assigned To**: Hon. Kimberly J. Mueller<br>**Referred To**: Hon. Carolyn K. Delaney<br>**Trial Date**: None Set |

- 1 -

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY　　Case No.:
NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC.　　2:18-cv-00750-KJM-CKD

| | |
|---|---|
| 1 | SACRAMENTO COUNTY, APN: 126-0390-002-0000, |
| 2 | |
| 3 | REAL PROPERTY LOCATED AT 4871 WATSEKA WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, |
| 4 | APN: 225-1790-028-0000, |
| 5 |       Defendants. |

IT IS HEREBY STIPULATED by and between the United States, and NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC, A DELAWARE LIMITED LIABILITY COMPANY ("Claimant") as follows:

1. The defendant property subject to this stipulation is as follows ("Defendant Property"): Real property located at 4871 Watseka Way, Sacramento, California 95835, APN: 225-1790-028-0000, including all appurtenances and improvements thereto.

2. On April 3, 2018, the United States of America filed a Verified Complaint for Forfeiture *In Rem* [Docket No. 1] ("Complaint") alleging that the Defendant Property, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon, and proceeds traceable thereof, is subject to forfeiture to the United States pursuant to: (a) 18 U.S.C. § 981(a)(1)(A); (b) 18 U.S.C. § 981(a)(1)(C); (c) 21 U.S.C. § 881(a)(6); and (d) 21 U.S.C. § 881 (a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 et. seq. and/or were involved in a financial transaction in violation of 18 U.S.C. § 1956(a)(1)(B)(I).

3. At the time the Complaint was filed, the record owner of the Defendant Property was LI J. LIN ("LIN").

4. On June 4, 2018, Claimant filed a claim in this action alleging a lienholder interest in the Defendant Property [Docket No. 9].

5. On June 25, 2018, Claimant filed an Answer in this action [Docket No. 17].

6. On or about July 2018, the Defendant Property was sold.

7. Notwithstanding the foregoing, Claimant hereby withdraws its claim and Answer filed in the above-captioned case with respect to the Defendant Property.

8. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the United States of America agrees to dismiss *with prejudice* Claimant in the above-captioned case pursuant to the

- 2 -

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC.

Case No.:
2:18-cv-00750-KJM-CKD

1  Federal Rules of Civil Procedure, Rule 41(a). Defendant Property is the *in rem* defendant.

2      9.     Claimant is hereby removed from the Service List for the above captioned case.

3      10.    Each party hereto is to bear his, her, and its own costs.

Dated: September _17, 2019

MURPHY, PEARSON, BRADLEY & FEENEY

By */s/ Patrick J. Wingfield*
   Thomas P. Mazzucco
   Patrick J. Wingfield
   Kavin A. Williams
   Attorneys for Claimant
   NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC

Date: September _17, 2019

MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Kevin C. Khasigian*
       KEVIN C. KHASIGIAN
       Assistant United States Attorney

- 3 -

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC.

Case No.: 2:18-cv-00750-KJM-CKD

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation is hereby APPROVED.

2. Claimant's claim filed in the above-captioned case on June 4, 2018 and answer filed on June 25, 2018 as to the Defendant Property are hereby deemed withdrawn.

3. Pursuant to F.R.C.P. 41(a), Claimant NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC, A DELAWARE LIMITED LIABILITY COMPANY is hereby dismissed from this action with prejudice.

**IT IS SO ORDERED**.

Dated: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC.

Case No.: 2:18-cv-00750-KJM-CKD

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY
NORTHERN CALIFORNIA MORTGAGE FUND XI, LLC.

Case No.:
2:18-cv-00750-KJM-CKD