McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00750-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Li J. Lin, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 4871 Watseka Way, Sacramento, California, Sacramento County, APN: 225-1790-028-0000 ("defendant Watseka Way"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Watseka Way. Thus, the stay would no longer be necessary for this property.[1]

Northern California Mortgage Fund XI, LLC, filed a claim asserting a lienholder interest in defendant Watseka Way. Claimant Li J. Lin filed a Claim and Answer to the Complaint regarding

---
[1] The case would remain stayed as to the other six *In Rem* Defendants. This request is limited to defendant Watseka Way.

1

Stipulation for Partial Lift of Stay and Order

defendant Watseka Way. No other party has filed a claim asserting an interest in defendant Watseka Way.

On July 30, 2018, escrow closed for defendant Watseka Way. Northern California Mortgage Fund XI, LLC was paid in full through escrow. Northern California Mortgage Fund XI, LLC withdrew their claim on September 24, 2019.

The United States and claimant Li J. Lin have reached a settlement regarding the net proceeds from the sale of the Watseka Way property.

Dated: 12/13/2019                McGREGOR W. SCOTT
                                 United States Attorney

                          By:    /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

Dated: 12/13/19                  /s/ Linda M. Parisi
                                 LINDA M. PARISI
                                 Attorney for claimant Li J. Lin

                                 (Authorized by phone)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 4871 Watseka Way, Sacramento, California, Sacramento County, APN: 225-1790-028-0000.

IT IS SO ORDERED

Dated: December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE