PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00750-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 9913 JASPER COURT, SACRAMENTO, CA |
| REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against seven real properties, one of which is the real property located at 9913 Jasper Court, Sacramento, California, Sacramento County, APN: 122-0690-082-0000 ("defendant property").

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3.      On May 3, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

/////

4.	Beginning on May 18, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 26, 2018.

5.	In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

    a.	Cai Dong Li, and
    b.	RTC Investors V Funding, LLC

6.	Claimants Hannah Prasad, Annabelle Prasad, and Elizabeth Prasad filed a Claim on May 29, 2018, claiming a lien holder interest in the defendant property, and an Answer to the Complaint on June 6, 2018[1]. Claimant Cai Dong Li filed a Verified Claim and an Answer to the Complaint on June 26, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7.	On July 18, 2018, escrow closed for the defendant property at 9913 Jasper Court, Sacramento, California, Sacramento County, APN: 122-0690-082-0000, and the United States received wire transfers totaling $144,743.48, which will be substituted in lieu of the real property. Hannah Prasad, Annabelle Prasad, and Elizabeth Prasad were paid in full through escrow. Hannah Prasad, Annabelle Prasad, and Elizabeth Prasad withdrew their Claim on August 20, 2019.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.	Judgment is hereby entered against claimants Cai Dong Li, Hannah Prasad, Annabelle Prasad, and Elizabeth Prasad, and all other potential claimants who have not filed claims in this action.

2.	 Upon entry of this Final Judgment of Forfeiture, $81,743.48 of the Approximately $144,743.48 in net proceeds from the sale of defendant real property located at 9913 Jasper Court, Sacramento, California, Sacramento County, APN: 122-0690-082-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to

---

[1] RTC Investors V Funding, LLC sold and assigned its interest in the Note and Deed of Trust to the Prasad's on January 27, 2017, pursuant to the Assignment of Deed of Trust recorded February 15, 2017.

18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $63,000.00 of the Approximately $144,743.48 in net proceeds from the sale of defendant real property located at 9913 Jasper Court, Sacramento, California, Sacramento County, APN: 122-0690-082-0000, shall be returned to claimant Cai Dong Li through attorney Ernest Chen.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

5. Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees.

7. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8. Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 15th day of September, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE