PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00750-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 6920 KILCONNELL DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 116-1410-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Shi Zhong Chen, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 9297 Fife Ranch Way, Elk Grove, California, Sacramento County, APN: 127-0990-028-0000 ("defendant Fife Ranch Way").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Fife Ranch Way.

The United States and claimants Shi Zhong Chen and Bernard Horton or Lennette Horton Trustees, et al.[1], through their respective counsel, hereby stipulate and request the Court to lift the stay for

---

[1] The lien holder claimants for the San Marino Court property are Bernard Horton or Lennette Horton Trustees, The Horton Family Trust Dtd 9-10-1986, Bernard Horton or Lennette Horton Trustees, HFT Mortgage LLC 401k Plan Trust Dtd 10/20/2006, and Wayne E. Stahmer and Linda K. Stahmer, Trustees, The Stahmer Family Trust Dated June 4, 2002

1

1    the limited purpose of filing a dismissal document for real property located at 4305 San Marino Court,

2    Elk Grove, California, Sacramento County, APN: 119-1980-056-0000 ("defendant San Marino Court").

3    The parties anticipate that, if granted, the dismissal document would close the case against defendant San

4    Marino Court.  Thus, the stay would no longer be necessary for these properties.[2]

5           Claimant Shi Zhong Chen filed a Verified Claim and an Answer to the Complaint regarding

6    defendant Fife Ranch Way.  No other party has filed a claim asserting an interest in defendant Fife Ranch

7    Way.

8           Claimants Bernard Horton or Lennette Horton Trustees, et al., filed a Verified Claim, claiming a

9    lien holder interest in defendant San Marino Court and an Answer to the Complaint.  Claimant Shi Zhong

10   Chen filed a Verified Claim and Answer to the Complaint regarding defendant San Marino Court.  No

11   other party has filed a claim asserting an interest in defendant San Marino Court.

12          The United States and claimant Shi Zhong Chen have reached a settlement regarding the Fife

13   Ranch Way property.  The United States and claimants Shi Zhong Chen and Bernard Horton or Lennette

14   Horton Trustees, et al., have agreed to a dismissal regarding the San Marino Court property.

15   Dated:  7/3/2024                                    PHILLIP A. TALBERT
                                                         United States Attorney
16
                                              By:    /s/ Kevin C. Khasigian
17                                                   KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney
18

19   Dated: 7/18/2024                                 /s/ Mark Reichel
                                                     MARK REICHEL
20                                                   Attorney for claimant Shi Zhong Chen
                                                     (Authorized by email)
21

22   Dated: 8/1/2024                                  /s/ Steven Eugene Ernest
                                                     STEVEN EUGENE ERNEST, Esq.
23                                                   Geraci Law Firm
                                                     Attorney for Bernard Horton or Lennette Horton
24                                                   Trustees, The Horton Family Trust Dtd 9-10-1986,
                                                     Bernard Horton or Lennette Horton Trustees, HFT
25                                                   Mortgage LLC 401k Plan Trust Dtd 10/20/2006, and
                                                     Wayne E. Stahmer and Linda K. Stahmer, Trustees,
26                                                   The Stahmer Family Trust Dated June 4, 2002
                                                     (Signature retained by attorney)
27

28   [2] The case would remain stayed as to the other two *In Rem* Defendants.  This request is limited to defendants Fife Ranch Way
     and San Marino Court.

Stipulation for Partial Lift of Stay and Order

**ORDER**

For the reasons set forth above, the stay is lifted regarding the real properties located at 9297 Fife Ranch Way, Elk Grove, California, Sacramento County, APN: 127-0990-028-0000 and 4305 San Marino Court, Elk Grove, California, Sacramento County, APN: 119-1980-056-0000.

IT IS SO ORDERED.

DATED:  August 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation for Partial Lift of Stay and Order